IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARINA GUADALUPE SALAZAR-ZUNIGA,<br><br>Defendant. | 8:25CR140<br><br>INDICTMENT<br>18 U.S.C. § 1546(a)<br>42 U.S.C. § 408(a)(7)(C) |

The Grand Jury charges that

### COUNT I
### Fraud or Misuse of Visas, Permits, and other Documents

From on or about December 19, 2024, through on or about May 28, 2025, the Defendant, CARINA GUADALUPE SALAZAR-ZUNIGA, in the District of Nebraska, did knowingly and intentionally possess an immigrant and nonimmigrant visa, permit, border crossing card, alien registration receipt card, and other document, to wit: a Lawful Permanent Resident Card, knowing said document was counterfeit.

In violation of Title 18, United States Code, Section 1546(a).

### COUNT II
### Buying a Counterfeit Social Security Card

From on or about December 19, 2024, through on or about May 28, 2025, the Defendant, CARINA GUADALUPE SALAZAR-ZUNIGA, in the District of Nebraska, for the purpose of obtaining something of value and for other purposes, knowingly bought a counterfeit social security card.

In violation of Title 42, United States Code, Section 408(a)(7)(C).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant U.S. Attorney